# EXHIBIT A

## Authorization

Date: 10th May 2005

My name is Salman Saleh Algatele I am acting as next friend for my brother, whose name is Fahad Saleh Algatele a citizen of Sudia Arabia, who is being held in Guantánamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____
Print Name: Salman Saleh Algatele

Witnessed by: _____
Print Name: Hameed Mohd Mahmood Golom

EXHIBIT A