IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD BIN SALIH BIN SULAIMAN AL-JUTAILI, by and through his next friend, SALMAN SALIH AL-JUTAILI, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:05 CV 01669 (RWR) |

**UNOPPOSED MOTION OF PETITIONERS FOR LEAVE
TO MODIFY CAPTION AND AMEND PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner Fahd bin Salih bin Sulaiman Al-Jutaili, (whose name was erroneously spelled "Fahad Saleh Algatele" in his original petition for writ of habeas corpus), by his counsel, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, respectfully moves this Court to modify the caption of the summons and pleadings of this case by substituting "Fahd bin Salih bin Sulaiman Al-Jutaili" for "Fahad Saleh Algatele" and "Salman Salih Al-Jutaili" for "Salman Saleh Algatele," and requests leave to amend his petition for writ of habeas corpus with the correct spellings of these names. In support of this motion, Petitioner states as follows:

1. On August 22, 2005, Petitioner, through his attorneys, filed a petition for writ of habeas corpus in this Court. Because of translation difficulties, counsel for petitioner listed petitioner's name as "Fahad Saleh Algatele" and petitioner's next friend's name as "Salman Saleh Algatele" on the petition. It has since come to counsel's attention that both names were misspelled. The correct English spelling of petitioner's name is Fahd bin Salih bin Sulaiman Al-Jutaili. The correct English spelling of petitioner's next friend's name is Salman Salih Al-Jutaili.

2. No responsive pleading has been filed. Because no responsive pleading has been filed, it is quite likely that no motion is necessary under Rule 15(a). Nonetheless, because Petitioner seeks to amend the caption of this case, out of an abundance of caution, Petitioner seeks leave of the Court to amend the caption and to file an amended petition. Pursuant to LCvR 7(i), a copy of the proposed amended petition is attached as Exhibit A.

3. Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend the caption and pleadings once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may amend within 20 days of service. Fed. R. Civ. P. 15(a). Otherwise, the party may amend by leave of the court. Leave to amend should be freely given where there is no apparent bad faith, dilatory motive, or prejudice to the opposing party. *Richardson v. United States*, 193 F.3d 545, 548 (D.C. Cir. 1999) (citing *Foman v. Davis*, 371 U.S. 178 (1962)).

4. The grant of this motion will enable this Court to conform the case caption to correctly reflect these names, and will allow Petitioner to amend his petition for writ of habeas corpus to correctly reflect these names.

5. Respondents will suffer no prejudice from the change in the caption nor in the amendment to the petition. The amendment of the correct spelling of these names does not raise any new issue or claim, and will not require Respondents to incur any additional time or expense. In accordance with LCvR 7(m), counsel for petitioner discussed this motion with counsel for respondents, and counsel for respondents confirmed in a letter dated November 8, 2005 that Respondents have no objection to this motion.

WHEREFORE, Petitioner Fahd bin Salih bin Sulaiman Al-Jutaili respectfully moves this Court to modify the caption of the summons and pleadings of this case by substituting "Fahd bin Salih bin Sulaiman Al-Jutaili" for "Fahad Saleh Algatele" and "Salman Salih Al-Jutaili" for "Salman Saleh Algatele," and requests leave to amend his petition for writ of habeas corpus with the correct spellings of these names.

Dated: November 14, 2005

Respectfully submitted,

_____s/Daniel Mach_____
One of the Attorneys for Petitioners

Thomas P. Sullivan
Jeffrey D. Colman
David J. Bradford
Patricia A. Bronte
Wade A. Thomson
Maya D. Nath
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

Daniel Mach (Admitted in D.D.C.)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Motion to Modify Caption and Amend Petition for Writ of Habeas Corpus was served upon the following person in the manner indicated below, on the 14th day of November, 2005:

>Preeya M. Noronha (e-mail and First Class U.S. Mail)
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov



                         s/Daniel Mach
                          Daniel Mach