IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAHAD SALEH ALGATELE, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Petitioners, | | |
| v. | | Civil Action No. 05-CV-1669 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | | |
| Respondents. | | |

## (PROPOSED) ORDER

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals, the opposition filed thereto, and any reply, as well as the entire record in this case, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that the above-captioned case is stayed pending resolution of all appeals in Khalid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005).

IT IS SO ORDERED.

DATED: _____          _____
                                       United States District Judge