IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHAD SALEH ALGATELE, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1669 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 16, 2005, copies of the foregoing were transmitted via Federal Express and e-mail to counsel for petitioner:

>Jeffrey D. Colman
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611-7603
>Tel (312) 923-2940
>JColman@jenner.com

    /s/ Preeya M. Noronha
PREEYA M. NORONHA
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.   Room 7226
Washington, DC  20530
Tel.:  (202) 514-3338
Fax:  (202) 616-8202

One of the Attorneys for Respondents