# Exhibit A

- Iraq detainee abus...                                                                 Page 1

b6 -1
b7C -1

## URGENT REPORT

DATE: JUNE 25, 2004

TO: THE DIRECTOR

CC: Deputy Director Bruce J. Gebhardt
EAD Cassandra Chandler
EAD John Pistole
AD Grant Ashley
AD Gary Bald
SC Arthur Cummings

b6 -1
b7C -1

UC
SSA
CT Watch
SIOC

FROM: SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT: ASAC David A. Picard    b2 -1
(Main Office)
b2 -1
PREPARER OF URGENT REPORT: SSA                            b6 -1
b7C -1

PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b7A -1   AN INDIVIDUAL
b6 -3              WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7C -3   IN          IRAQ DURING THE PERIOD OF            IT IS BEING
b7D -1   FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
         PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
         TO THE DIRECTOR.

b7A -1   SUBJECT: PRELIMINARY STATEMENTS MADE BY
b6 -1,3                         TO SACRAMENTO SPECIAL AGENTS
b7C -1,3 AND
b7D -1

DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

                        was advised that the Sacramento Field Office
was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses ▓ ▓ | Page 2

b6 -1
b7C -1

## URGENT REPORT

▓▓▓▓▓ came into the Sacramento Field Office and provided the following:

b7A -1
b6 -3
b7C -3
b7D -1

▓▓▓▓▓ observed numerous physical abuse incidents of Iraqi civilian detainees conducted in ▓▓▓▓▓ Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations. ▓▓▓▓▓

b7A -1
b6 -3,4
b7C -3,4
b7D -1

▓▓▓▓▓ was providing this information to the FBI based on his knowledge that ▓▓▓▓▓ were engaged in a cover-up of these abuses. He stated these cover-up efforts included ▓▓▓▓▓

b7A -1
b6 -3,4
b7C -3,4
b7D -1

▓▓▓▓▓

b7A -1
b6 -3,4
b7C -3,4
b7D -1

▓▓▓▓▓

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

▓▓▓▓▓ advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

▓▓▓▓▓

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911

Iraqi detainee abuses

Page 3

b6 -1
b7C -1

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview [   ] and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1611

1611

4912