# Exhibit A



**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)
# News Release

On the Web:
http://www.dod.gov/cgi-bin/dlprint.cgi?http://www.dod.gov/releases/2005/nr20051105-5073.html
Media contact: +1 (703) 697-5131

Public contact:
http://www.dod.mil/faq/comment.html
or +1 (703) 428-0711

**IMMEDIATE RELEASE**

**No. 1151-05**
**November 5, 2005**

### Detainee Transfer Announced

The Department of Defense announced today that it released or transferred four detainees from Guantanamo Bay, Cuba. This movement included the release of one detainee to Saudi Arabia and the transfer of three detainees to Bahrain. This movement increases the number of detainees who have departed GTMO to 256.

This movement included three detainees approved for transfer to Bahrain through the administrative review board .

There are ongoing processes to review the status of detainees. A determination about the continued detention or transfer of a detainee is based on the best information and evidence available at the time. The circumstances in which detainees are apprehended can be ambiguous, and many of the detainees are highly skilled in concealing the truth.

During the course of the war on terrorism, the department expects that there will be other transfers or releases of detainees.

Because of operational and security considerations, no further details can be provided.

With this transfer, DoD has transferred or released 256 detainees from GTMO – 180 for release and 76 transferred to other governments, including Australia, Belgium, Denmark, France, United Kingdom, Kuwait, Morocco, Pakistan, Russia, Saudi Arabia, Spain and Sweden.

There are approximately 500 detainees currently at Guantanamo.

http://www.dod.gov/releases/2005/nr20051105-5073.html