# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERIF el-MASHAD, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-0270 (JR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION**

Respondents hereby request an extension of time to respond to petitioners' motion for preliminary injunction and state as follows:

1. This case is a petition for writ of habeas corpus on behalf of two individuals held by the Department of Defense ("DoD") as enemy combatants at the United States Naval Base at Guantanamo Bay, Cuba.

2. Petitioners filed a motion for preliminary injunction on February 4, 2005, to prevent any transfer of petitioners from United States custody into the custody of the Egyptian government or any other government. *See* Dkt. No. 3.

3. Petitioners' motion raises serious issues, including issues related to separation of powers and international treaties. Respondents need additional time to adequately respond to the matters raised in petitioners' motion.

4. Counsel for respondents request that respondents be permitted to file their response to the motion for preliminary injunction on or before February 25, 2005.

5. Counsel for respondents conferred with counsel for petitioners, and counsel for petitioners do not object to respondents' time for a response to the preliminary injunction motion being extended to February 25, 2005. Counsel for petitioners represented, however, that they have additional concerns, to be addressed in a separate filing, that prevent this motion from being an "agreed" motion. Counsel for petitioners requested that their time for reply extend until March 8, 2005; counsel for respondents do not object to such date for petitioners' reply.

6. Undersigned counsel for respondents is informed by DoD that there has been no determination by the agency that any transfer of petitioners would be appropriate and that any transfer following such a decision on the matter would not occur for at least six weeks after any such decision. Thus, the proposed briefing schedule allows for appropriate time for the parties to brief, and the Court to decide, the preliminary injunction issue.

WHEREFORE, the Court should order the briefing schedule proposed herein. A proposed order is attached.

Dated: February 14, 2005                Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

BRIAN D. BOYLE
Principal Deputy Associate Attorney General

DAVID B. SALMONS
Assistant to the Solicitor General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

- 2 -

/s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
LISA A. OLSON
JAMES J. SCHWARTZ
PREEYA M. NORONHA
NICHOLAS PATTERSON
ROBERT J. KATERBERG
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents

# Exhibit H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAMDOUH HABIB, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 02-CV-1130 (CKK) |

### ORDER DENYING WITHOUT PREJUDICE APPLICATION
### FOR TEMPORARY RESTRAINING ORDER

On November 24, 2004, immediately prior to the Thanksgiving holiday, counsel for petitioner Mamdouh Habib filed with the Court Security Officer a classified document seeking certain injunctive relief. As this Judge was unavailable to address the motion, Judge Colleen Kollar-Kotelly spoke by telephone with counsel for the parties on that date. Judge Kollar-Kotelly has notified this Judge that counsel for respondents represented to her that the circumstances which motivated counsel for the petitioner to seek a temporary restraining order have not yet arisen and therefore do not require Court intervention at this time, if at all. In light of those representations by counsel for the respondents, it is hereby

ORDERED that the petitioner's Application for Temporary Restraining Order is denied without prejudice. Should there be any chance that the circumstances upon which the Application was based will in fact arise, counsel for respondents shall provide counsel for petitioner at least five business days of advanced notice, which should be sufficient time to allow

counsel for petitioner to renew the Application. Should the Application be renewed, it shall be filed with this Judge for resolution. Should this Judge be unavailable to resolve the motion, counsel shall seek relief from Judge Kollar-Kotelly. In the event that Judge Kollar-Kotelly is unavailable, counsel shall seek relief from the Judge who is assigned to handle emergency motions.

IT IS SO ORDERED.

November 29 , 2004                                  ___/s/_____
                                            JOYCE HENS GREEN
                                            United States District Judge