# Exhibit H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAMDOUH HABIB, *et al.*,

        Petitioners,

v.                                        Civil Action No. 02-CV-1130 (CKK)

GEORGE W. BUSH,
President of the United States, *et al.*,

        Respondents.

## ORDER DENYING WITHOUT PREJUDICE APPLICATION
## FOR TEMPORARY RESTRAINING ORDER

On November 24, 2004, immediately prior to the Thanksgiving holiday, counsel for petitioner Mamdouh Habib filed with the Court Security Officer a classified document seeking certain injunctive relief. As this Judge was unavailable to address the motion, Judge Colleen Kollar-Kotelly spoke by telephone with counsel for the parties on that date. Judge Kollar-Kotelly has notified this Judge that counsel for respondents represented to her that the circumstances which motivated counsel for the petitioner to seek a temporary restraining order have not yet arisen and therefore do not require Court intervention at this time, if at all. In light of those representations by counsel for the respondents, it is hereby

ORDERED that the petitioner's Application for Temporary Restraining Order is denied without prejudice. Should there be any chance that the circumstances upon which the Application was based will in fact arise, counsel for respondents shall provide counsel for petitioner at least five business days of advanced notice, which should be sufficient time to allow

counsel for petitioner to renew the Application. Should the Application be renewed, it shall be filed with this Judge for resolution. Should this Judge be unavailable to resolve the motion, counsel shall seek relief from Judge Kollar-Kotelly. In the event that Judge Kollar-Kotelly is unavailable, counsel shall seek relief from the Judge who is assigned to handle emergency motions.

IT IS SO ORDERED.

November 29 , 2004                          /s/
                                                         JOYCE HENS GREEN
                                                         United States District Judge