IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD BIN SALIH BIN SULAIMAN AL-JUTAILI, ) <br> by and through his next friend, SALMAN SALIH ) <br> AL-JUTAILI,[1] ) <br> ) <br>       **Petitioners,** ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, DONALD RUMSFELD, ) <br> ARMY BRIG. GEN. JAY HOOD, and ARMY COL. ) <br> MIKE BUMGARNER, ) <br> ) <br>       **Respondents.** ) | No. 1:05 CV 01669 (TFH) |

### SUR-REPLY TO FOOTNOTE 4 IN RESPONDENTS' REPLY
### MEMORANDUM IN SUPPORT OF MOTION TO STAY

Petitioner Fahd Bin Salih Bin Sulaiman Al-Jutaili ("Petitioner") respectfully opposes Respondents' belated and unsupported effort, made in footnote 4 to its recently filed reply brief, to have this Court vacate or stay the order entered by Judge Roberts on October 31, 2005 in this case. On October 31, Judge Roberts ordered Respondents to show cause why a writ of *habeas corpus* should not be issued within 45 days. That response is due on December 15, 2005.

On November 16, 2005, Respondents filed a motion to stay in which they acknowledged Judge Roberts' order, but did <u>not</u> contest it. Resp. Mot. to Stay at 11 n.9. On November 18, 2005, Petitioner filed a limited opposition to Respondents' motion to stay in which Petitioner requested, among other things, that Respondents comply with Judge Roberts' October 31 order as a condition of the stay. Respondents did <u>not</u> file any opposition to, or motion to

---

[1] Petitioners' names were previously misspelled "Fahad Saleh Algatele" and "Salman Saleh Algatele," respectively, on Petitioner's original petition for writ of *habeas corpus*. Counsel for Petitioner have notified Respondents' counsel of the correct spelling and have filed an unopposed motion to modify caption and for leave to amend petition for writ of *habeas corpus* to reflect the correct English spellings of these names.

reconsider, Judge Roberts' October 31 order. Instead, in their December 2, 2005 Reply Memorandum in Support of Motion to Stay, Respondents attempt for the first time to contest Judge Roberts' order by including the following in footnote 4:

> In Algatele v. Bush, No. 05-CV-1669 (TFH), Judge Roberts previously issued an order requiring respondents to file a statement showing why a writ of habeas corpus should not issue, dkt. no. 2. The order was issued prior to respondents' appearance and motion to stay in the case, and prior to the case's reassignment to Judge Hogan. For the reasons stated in respondents' motion to stay and herein, respondents should not be required to file a factual return, i.e., the Court should stay respondents' obligation to file a factual return in Algatele.

Resp. Br. at 3 n.4.

Respondents are, in effect, now asking Your Honor to reconsider and stay Judge Roberts' October 31 order. Judge Roberts' order was correct, and consistent with orders entered by nine Judges of this District in 27 cases involving Guantánamo detainees. *Battayav v. Bush*, No. 05-0714 (RBW) (May 14, 2005); *Al-Shabany v. Bush,* No. 05-2029 (JDB) (Nov. 17, 2005); *Zaid v. Bush*, No. 05-1646 (JDB) (Oct. 25, 2005); *Al-Anazi v. Bush*, No. 05-345 (JDB), 370 F. Supp. 2d 188, 199-200 (D.D.C. Apr. 21, 2005); *Sadkhan v. Bush*, No. 05-1487 (RMC) (Nov. 4, 2005); *Mokit v. Bush*, No. 05-621 (PLF) (June 16, 2005); *Al-Wazan v. Bush,* No. 05-0329 (PLF) (June 14, 2005); *Mamet v. Bush,* No. 05-1602 (ESH) (Sept. 30, 2005); *Ameziane v. Bush*, No. 05-0392 (ESH),  2005 U.S. Dist. LEXIS 6560, at *5 (D.D.C. Apr. 12, 2005); *M.C. v. Bush*, No. 05-0430 (ESH) (Apr. 13, 2005); *Al-Mohammed v. Bush*, No. 05-00247 (HHK) (Apr. 30, 2005); *Ahmed v. Bush*, No. 05-1678 (GK) (Dec. 7, 2005); *Al-Adahi v. Bush*, No. 05-280 (GK) (Apr. 29, 2005); *Al Joudi v. Bush,* No. 05-301 (GK)  (Apr. 29, 2005); *Alhami v. Bush*, 05-359 (GK) (June 9, 2005); *Ahmed v. Bush*, No. 05-665 (RWR); 2005 U.S. Dist. LEXIS 14024, at *5 (D.D.C. July 8, 2005); *Adem v. Bush*, No. 05-723 (RWR) (June 6, 2005); *Al Daini v. Bush*, No. 05-634 (RWR) (June 6, 2005); *El-Banna v. Bush*, No. 05-1144 (RWR) (Apr. 8, 2005); *Abdullah v. Bush*, No. 05-

23 (RWR) (Apr. 8, 2005); *Al Rashaidan v. Bush*, No. 05-586 (RWR) (Apr. 8, 2005); *Slahi v. Bush*, No. 05-881 (RWR) (June 16, 2005); *Chaman v. Bush*, 05-887 (RWR) (June 16, 2005); *Bin Amir v. Bush*, No. 05-1724 (RMU) (Oct. 5, 2005); *Hatim v. Bush*, No. 05-1429 (RMU) (Aug. 22, 2005); *Al-Hela v. Bush*, No. 05-1048 (RMU) (June 9, 2005); *Qayed v. Bush*, No. 05-0454 (RMU) (Apr. 19, 2005). The reassignment of a case from one judge to another should not, by itself, justify an alteration in the rights of a petitioner. We respectfully request that Your Honor not set aside or stay Judge Roberts' order requiring Respondents to provide a factual return by December 15, 2005.

## **CONCLUSION**

Respondents provide no basis to reconsider, or stay, Judge Roberts' October 31 order, and that order should remain in full force and effect.

Dated: December 9, 2005

Respectfully submitted,

      /s/ Daniel Mach
One of the Attorneys for Petitioner

| | |
|---|---|
| Thomas P. Sullivan | Daniel Mach (Admitted in D.D.C.) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| David J. Bradford | 601 Thirteenth Street, N.W., Suite 1200 |
| Patricia A. Bronte | Washington, D.C. 20005-3823 |
| Wade A. Thomson | Tel: (202) 639-6000 |
| Maya D. Nath | Fax: (202) 639-6066 |
| JENNER & BLOCK LLP | |
| One IBM Plaza | |
| Chicago, IL 60611 | |
| Tel: (312) 923-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Sur-Reply to Footnote 4 in Respondents' Reply Memorandum in Support of Motion to Stay was served upon the following person by e-mail and by First Class U.S. Mail on the 9th day of December, 2005:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

      _____/s/ Daniel Mach_____