**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ____Columbia____

TO:
Army Col. Mike Bumgarner
Commander, Joint Detention Oprt. Grp.
c/o JTF - GTMO Staff Judge Advocate
APO, AE 09360

Civil Action, File Number __05-1669___ TFH__

__Fahed Saleh Algatele, et al__
V.
__George W. Bush, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_11/10/05_                                                    _[signature]_
Date of Signature                                             Signature (USMS Official)

---

05-1669    11-10-05    TFH

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Army Col. Mike Bumgarner
Commander Jt. Detention
Operations Group JTF-GTMO
Staff Judge Advocate
APO, AE 09360

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _[signature]_   ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Tess Jackson
C. Date of Delivery: 28 Nov 05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail    ☐ Express Mail
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0001 9651 5900

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Date of Signature                                    Form USM-299
                                                     (Rev. 6/95)