## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAHAD SALEH ALGATELE et al.,** | ) |
| | ) |
| **Petitioners,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **GEORGE W. BUSH, President of the United States,** | ) No. 05 CV 01669 (TFH) |
| **et al.,** | ) |
| | ) |
| **Respondents.** | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF FILING

Please take notice that Petitioners' counsel hereby files the Memorandum of

Understanding Regarding Access to Classified National Security Information and

Acknowledgement executed by Jeffrey D. Colman and Patricia A. Bronte in the above-captioned

matter, copies of which are attached hereto.


Respectfully submitted,


____/s/ Daniel Mach_____          Dated: December 29, 2005
One of the Attorneys for Petitioner


Thomas P. Sullivan                     Daniel Mach (Admitted in D.D.C.)
Jeffrey D. Colman                      JENNER & BLOCK LLP
David J. Bradford                      601 Thirteenth Street, N.W., Suite 1200
Patricia A. Bronte                     Washington, D.C. 20005-3823
Wade A. Thomson                        Tel: (202) 639-6000
Maya D. Nath                           Fax: (202) 639-6066
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAHAD
SALEH ALGATELE  , *et al.*             )
                                       )
                                       )
            Petitioners,               )
                                       )
                                       ) Civil Action No.
       v.                              )
                                       )
GEORGE W. BUSH,                        )
      President of the United          )
      States, *et al.*,                )
                                       )
            Respondents.               )

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government.  In consideration for the disclosure of classified information and documents:

(1)  I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified

documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Algatele  Fahad Saleh  v. George W. Bush, No. 05-cv-1669 (TFH).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Algatele  Fahad Saleh  v. George W. Bush, No. 05-cv-1669 (TFH), and I agree to comply with the provisions thereof.

/s/ Jeffrey D. Colman                          12/29/2005
                                               Date

/s/ Patricia A. Bronte                         12/29/2005
                                               Date

Jeffrey D. Colman                   Daniel Mach (Admitted In D.D.C.)
Patricia A. Bronte                  JENNER & BLOCK LLP
JENNER & BLOCK LLP                  601 Thirteenth Street, N.W., Suite 1200
One IBM Plaza                       Washington, D.C. 20005-3823
Chicago, IL 60611                   Tel:  (202) 639-6000
Tel:  (312) 922-9350                Fax:  (202) 639-6066
Fax:  (312) 527-0484

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned <u>Fahad Saleh Algatele</u> v. George W. Bush, No. <u>05-cv-1669 (TFH)</u>, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.


DATED: ___12/29/2005___    BY: ___Jeffrey D. Colman___
                                (type or print name)

                           SIGNED: ___/s/ Jeffrey D. Colman___


DATED: ___12/29/2005___    BY: ___Patricia A. Bronte___
                                (type or print name)

                           SIGNED: ___/s/ Patricia A. Bronte___


Jeffrey D. Colman            Daniel Mach (Admitted in D.D.C.)
Patricia A. Bronte           JENNER & BLOCK LLP
JENNER & BLOCK LLP           601 Thirteenth Street, N.W., Suite 1200
One IBM Plaza                Washington, D.C. 20005-3823
Chicago, IL 60611            Tel: (202) 639-6000
Tel: (312) 922-9350          Fax: (202) 639-6066
Fax: (312) 527-0484

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of

Understanding Regarding Access to Classified National Security Information, and

Acknowledgement executed by Jeffrey D. Colman and Patricia A. Bronte were served upon the

following person by e-mail and U.S. Mail on the 29th day of December, 2005:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC 20530
> email: preeya.noronha@usdoj.gov

                    _____/s/ Daniel Mach_____