IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAHAD SALEH ALGATELE et al.,** )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, President of the United States,** )<br>et al., )<br>)<br>Respondents. )<br>)<br>)<br>) | No. 05 CV 01669 (TFH) |

## NOTICE OF FILING

Please take notice that Petitioners' counsel hereby files the Acknowledgement executed by David J. Bradford in the above-captioned matter, a copy of which is attached hereto.

Respectfully submitted,

___/s/ Daniel Mach_____          Dated:  January 5, 2006
One of the Attorneys for Petitioner

Thomas P. Sullivan                    Daniel Mach (Admitted in D.D.C.)
Jeffrey D. Colman                     JENNER & BLOCK LLP
David J. Bradford                     601 Thirteenth Street, N.W., Suite 1200
Patricia A. Bronte                    Washington, D.C.  20005-3823
Wade A. Thomson                       Tel: (202) 639-6000
Maya D. Nath                          Fax: (202) 639-6066
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Filing and Acknowledgement executed by David J. Bradford were served upon the following person by e-mail and U.S. Mail on the 5th day of January, 2006:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

                                                _____/s/ Daniel Mach_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHAD SALEH ALGATELE et al.,          ) | |
| Petitioners,                          ) | |
| v.                                    ) | No. 05 CV 01669 (TFH) |
| GEORGE W. BUSH, President of the United States, et al., ) | |
| Respondents.                          ) | |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned <u>Fahad Saleh Algatele v. George W. Bush</u>, No. 05-CV-01669 (TFH), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 1/5/06

BY: <u>David J. Bradford</u>
(type or print name)

SIGNED: _[signature]_