IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH**, by and through his next friend, **SALIH MUHAMMAD AL-BAHOOTH** )<br><br>Petitioners, )<br><br>v. )<br><br>**GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,** )<br><br>Respondents. ) | | No. 1:05 CV 01666 (ESH) |

| | | |
|---|---|---|
| **ABDUL-HADI MUHAMMAD AL-SIBA'I**, by and through his next friend, **ABDULLAH MUHAMMAD AL-SIBA'I**, )<br><br>Petitioners, )<br><br>v. )<br><br>**GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,** )<br><br>Respondents. ) | | No. 1:05 CV 01667 (RBW) |

| | | |
|---|---|---|
| **RASHID AWADH RASHID AL-UWAIDAH**, by and through his next friend, **THAMIR AL-UWAIDAH**, )<br><br>Petitioners, )<br><br>v. )<br><br>**GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,** )<br><br>Respondents. ) | | No. 1:05 CV 01668 (GK) |

| | |
|---|---|
| **FAHAD SALEH ALGATELE et al.,** )<br>)<br>**Petitioners,** )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, President of the United States,** )<br>et al., )<br>)<br>**Respondents.** )<br>)<br>)<br>) | No.  05 CV 01669 (TFH) |

# ATTORNEY APPEARANCE

Undersigned counsel, David W. DeBruin, hereby enters his appearance as one of the counsel for Petitioners in the above-captioned cases.

Respectfully submitted,

___/s/ David W. DeBruin_____            Dated:  January 24, 2006
One of the Attorneys for Petitioner

Thomas P. Sullivan                David W. DeBruin (DDC Bar No. 337626)
Jeffrey D. Colman                 Daniel Mach
David J. Bradford                 JENNER & BLOCK LLP
Patricia A. Bronte                601 Thirteenth Street, N.W., Suite 1200
Wade A. Thomson                   Washington, D.C.  20005-3823
Maya D. Nath                      Tel: (202) 639-6000
JENNER & BLOCK LLP                Fax: (202) 639-6066
One IBM Plaza
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Attorney Appearance of David W. DeBruin was served upon the following person by e-mail and ECF on the 24th day of January, 2006:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

          ___/s/ David W. DeBruin_____