U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:
Army Brig Gen Jay Hood
Commander, Joint Task Force - GTMO
c/o JTF - Staff Judge Advocate
APO, AE 09360

Civil Action, File Number 05-1669 RWR

Fahad Saleh Alsubaie, et al
V.
George W. Bush, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was received by me at

[USPS Return Receipt card overlaid:]
05-1669 OTSC
11-10-05  TFH

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Army Brig. Gen'l Jay Hood
Commander JTF-GTMO
APO, AE 09350

2. Article Number (Transfer from service label)
7199 1160 0001 9681 5887

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X Edwin Lopez
☐ Agent
☐ Addressee
B. Received by (Printed Name): Edwin Lopez
C. Date of Delivery: 26-Jan-06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

SUMMONS AND COMPLAINT

served the summons and complaint in the above captioned manner at

Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)