## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAHD BIN SALIH BIN SULAIMAN,               )
AL-JUTAILI by and through his next friend,    )
SALMAN SALIH ALJUTAILI,                    )
                                            )
            Petitioners,                      )
                                            )
v.                                          )    Civil Action Nos. 05-CV-1669 (TFH)
                                            )
GEORGE W. BUSH,                            )
President of the United States, *et al.*,        )
                                            )
            Respondents.                     )
_____)


### RESPONDENTS' NOTICE OF TRANSFER OF
### PETITIONER FAHD BIN SALIH BIN SULAIMAN AL-JUTAILI

Respondents hereby provide notice that with respect to petitioner Fahd Bin Salih Bin

Sulaiman Al-Jutaili (INS 177), the United States has relinquished custody and petitioner has been

transferred to the control of the Government of the Kingdom of Saudi Arabia, consistent with

United States' policies and practices pertaining to transfers for continued detention,

investigation, and/or prosecution as the transferee country deems appropriate.  These policies and

practices are outlined in the declarations of Ambassador Pierre-Richard Prosper and Deputy

Assistant Secretary of Defense for Detainee Affairs Matthew C. Waxman previously filed in this

or other Guantanamo Bay detainee habeas cases pending in this Court, copies of which are

attached as Exhibits A and B.[1]

_____

[1] While Mr. Waxman and Mr. Prosper have both recently left office, the policies and
practices set forth in their prior declarations remain in effect and are applicable to the instant
case, while certain numerical information regarding numbers of transfers in the declarations is
subject to updating.

Dated:  May 23, 2006                    Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General


                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel



                                        _____James J. Schwartz_____
                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                                        TERRY M. HENRY
                                        JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                        PREEYA M. NORONHA
                                        EDWARD H. WHITE
                                        ROBERT J. KATERBERG
                                        ANDREW I. WARDEN
                                        NICHOLAS J. PATTERSON
                                        Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W.
                                        Washington, DC  20530
                                        Tel:  (202) 616-8298
                                        Fax:  (202) 616-8460

                                        Attorneys for Respondents