**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FAHAD SALEH ALGATELE et al.,** | ) | |
| | ) | |
| **Petitioners** | ) | |
| **v.** | ) | **Case No. 05-cv-1669 (TFH)** |
| | ) | |
| **GEORGE W. BUSH et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On May 23, 2006, the Respondents filed a Notice of Transfer indicating that Petitioner

Fahad Saleh Algatele[1] had been released from the custody of the United States and transferred to

the control of the Government of the Kingdom of Saudi Arabia. Accordingly, it is hereby

**ORDERED** that Petitioner shall show cause in writing, on or before September 18, 2006, why the

petition for habeas corpus in this case should not be dismissed as moot.

August 28, 2006

_____
/s/
Thomas F. Hogan
Chief Judge

---

[1]    There is some confusion over the spelling of Petitioners' names; Petitioner
Algatele's name is supposed to be spelled Fahd Bin Salih Bin Sulaiman Al-Jutaili,
but was not corrected on the docket.  *See* Petr's Unopposed Motion to
Amend/Correct Petition for Habeas Corpus and to Modify Caption [dkt. 5].
Because the docket was not corrected the Court will refer to Petitioners as their
names appear on the petition for writ of habeas corpus.