# EXHIBIT A

CHICAGO_1449489_4

## DECLARATION OF JEFFREY D. COLMAN

I, Jeffrey D. Colman, declare as follows:

1.  I am an attorney licensed to practice in the State of Illinois and a partner in the Chicago office of Jenner & Block LLP. I am one of the attorneys for the petitioner, Fahd Bin Salih Bin Sulaiman Al-Jutaili, in *Al-Jutaili v. Bush*, 1:05 CV 01669 (TFH).

2.  In August, 2006, I spoke with Mr. Al-Jutaili's brother. Mr. Al-Jutaili's brother informed me that Mr. Al-Jutaili was still detained by the Saudi government at that time. I have tried on several occasions in the last two weeks to reach Mr. Al-Jutaili's brother, but I have been unsuccessful.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct.

Dated: September 18, 2006

Jeffrey D. Colman