**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FAHAD SALEH ALGATELE et al.,** | ) |
| | ) |
| Petitioners | ) |
| v. | ) Case No. 05-cv-1669 (TFH) |
| | ) |
| **GEORGE W. BUSH et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

On February 20, 2007, the Court of Appeals held "[f]ederal courts have no jurisdiction in these cases." *Boumediene v. Bush*, 476 F.3d 981, 994 (D.C. Cir. 2007).[1]

Accordingly, it is hereby

**ORDERED** that the above captioned case is dismissed without prejudice.

July 2, 2007

/s/
Thomas F. Hogan
Chief Judge

---

[1] The Supreme Court granted *certiorari* in *Boumediene* on June 29, 2007. *Boumediene v. Bush*, __ S.Ct. __, 2007 WL 1854132 (U.S. June 29, 2007) (No. 06-1195).